## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Date: March 13, 2026

| | | |
|---|---|---|
| GANGATHERI VIKASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-228-PRW |
| | ) | |
| SCARLET GRANT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTER ORDER:**

Petitioner's counsel, Ben Loveman, is an attorney located in San Francisco, CA who has not been admitted to the bar of this Court. The Petition (Dkt. 1), filed on February 9, 2026, notes that Elissa Stiles is serving as local counsel for Petitioner and that a pro hac vice motion for Mr. Loveman is forthcoming. As of the filing of this order, no such motion has been filed. Mr. Loveman is directed to either obtain admittance to this court or local counsel must file a pro hac vice motion by Friday, March 20, 2026, or Mr. Loveman will be deemed withdrawn from this case.

Additionally, Mr. Loveman filed a Reply (Dkt. 8) on March 11, 2026. Should Mr. Loveman fail to comply with the Court's direction above, the Reply (Dkt. 8) will be stricken.

By direction of Judge Patrick R. Wyrick, we have entered the above enter order.

JOAN KANE, Clerk

By:  ___s/*Emily Wilkinson*___
Deputy Clerk